# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN RAY DYNES, | CASE NO. 1:08-cv-00136-LJO-GSA PC |
| Plaintiff, | ORDER GRANTING MOTION, AND DIRECTING CLERK'S OFFICE TO FILE AMENDED COMPLAINT, ATTACHED TO MOTION |
| v. | |
| C/O JUAN MEDINA, et al., | (Doc. 9) |
| Defendants. | |

Plaintiff John Ray Dynes ("Plaintiff") is a former state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983. On February 25, 2008, Plaintiff filed a motion seeking to amend his prayer for relief and included an amended complaint. Plaintiff's motion is HEREBY GRANTED, and the Clerk's Office is DIRECTED to file the amended complaint, which is attached to the motion filed on February 25, 2008.

IT IS SO ORDERED.

Dated: **April 24, 2008**        /s/ **Gary S. Austin**
                                 UNITED STATES MAGISTRATE JUDGE

1