1
2
3
4
5
6
7
8

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

9  JOHN RAY DYNES,                          CASE NO. 1:08-cv-00136-LJO-GSA PC

10                    Plaintiff,            ORDER VACATING FINDING AND
                                            RECOMMENDATION FILED ON JUNE 18,
11         v.                               2008

12  C/O JUAN MEDINA, et al.,                (Doc. 14)

13                    Defendants.
                                        /
14

15         On June 18, 2008, the Court issued a Finding and Recommendation recommending dismissal

16  of this action, without prejudice, based on Plaintiff's failure to obey the Court's order to submit

17  documents for the initiation of service of process.  Plaintiff subsequently complied with the Court's

18  order and the United States Marshal has been directed to serve the defendants.

19         In light of Plaintiff's compliance, the Finding and Recommendation recommending dismissal

20  of this action is HEREBY VACATED.

21
22

23     IT IS SO ORDERED.

24  **Dated:    August 25, 2008            /s/ Gary S. Austin**
                                            UNITED STATES MAGISTRATE JUDGE
25
26
27
28

1