# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN RAY DYNES, | CASE NO. 1:08-cv-00136-LJO-GSA PC |
| Plaintiff, | ORDER STRIKING DUPLICATIVE MOTION |
| v. | (Doc. 31) |
| C/O JUAN MEDINA, et al., | |
| Defendants. | |
| _____ / | |

    Plaintiff John Ray Dynes ("Plaintiff") is a state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983. On January 26, 2009, Plaintiff filed a motion seeking an extension of all deadlines to August 1, 2009, due to his incarceration and problems locating his legal work following separation from his wife. The Court addressed Plaintiff's motion in an order filed on February 19, 2009. On February 20, 2009, Plaintiff filed another motion seeking the same relief.

    Plaintiff's motion is HEREBY STRICKEN from the record as duplicative of the motion ruled on by the Court on February 19, 2009.


IT IS SO ORDERED.

Dated:   **February 25, 2009**                 **/s/ Gary S. Austin**
                                                              UNITED STATES MAGISTRATE JUDGE