# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN RAY DYNES, | CASE NO. 1:08-cv-00136-LJO-GSA PC |
| Plaintiff, | ORDER RESOLVING MOTION |
| v. | (Doc. 33) |
| C/O JUAN MEDINA, et al., | |
| Defendants. | |

On March 24, 2009, Plaintiff John Ray Dynes filed a motion seeking the result of the hearing held on March 18, 2009. (Doc. 33.) The deadline to amend the pleadings was March 18, 2009. No hearing was held on that date, and if there are any hearings set in this action, Plaintiff's participation will be arranged by the Court.

Plaintiff also states that he wishes to be present for his pretrial hearing in August 2009. Dates for the pretrial hearing and jury trial have not been set. The dispositive motion deadline is July 20, 2009, and neither the pretrial hearing date nor the trial date will be set until resolution of the parties' dispositive motions, if any are filed.

This order HEREBY RESOLVES Plaintiff's motion filed on March 24, 2009.

IT IS SO ORDERED.

Dated: **March 26, 2009**          **/s/ Gary S. Austin**
                                                    UNITED STATES MAGISTRATE JUDGE

1