1
2
3
4
5
6

# UNITED STATES DISTRICT COURT

7
EASTERN DISTRICT OF CALIFORNIA
8

9   JOHN RAY DYNES,                          CASE NO. 1:08-cv-00136-GSA PC

10                    Plaintiff,             ORDER STRIKING DUPLICATIVE MOTION

11        v.                                 (Doc. 46)

12   C/O JUAN MEDINA, et al.,                ORDER DIRECTING CLERK'S OFFICE TO
                                             RE-SERVE ORDER
13                    Defendants.
     _____/       (Doc. 44)
14

15        On November 19, 2009, Plaintiff John Ray Dynes filed a motion that is duplicative of the

16   motion he filed on September 23, 2009, which was resolved by the Court in an order filed on

17   October 16, 2009.

18        Plaintiff's motion filed on November 19, 2009, is HEREBY ORDERED STRICKEN from

19   the record on the ground that it is duplicative of a previously filed motion.  The Clerk's Office shall

20   re-serve order number 44, which was returned by the postal service as undeliverable on November

21   6, 2009.

22

23

24        IT IS SO ORDERED.

25   **Dated:    November 23, 2009**              _____ **/s/ Gary S. Austin** _____
                                                 UNITED STATES MAGISTRATE JUDGE
26

27

28

1