# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN RAY DYNES, | CASE NO. 1:08-cv-00136-GSA PC |
| Plaintiff, | ORDER STRIKING DUPLICATIVE MOTION |
| v. | (Doc. 51) |
| C/O JUAN MEDINA, et al., | |
| Defendants. | |

On January 15, 2010, Plaintiff John Ray Dynes filed a motion seeking the issuance of a court order requiring the Sheriff's Department to transport him for the telephonic trial confirmation hearing and jury trial.

On January 8, 2010, the Court issued a ruling on Plaintiff's previously filed motion seeking the same relief. (Docs. 49, 50.) Therefore, Plaintiff's duplicative motion, filed January 15, 2010, is HEREBY ORDERED STRICKEN from the record.

IT IS SO ORDERED.

Dated: **January 20, 2010**         /s/ **Gary S. Austin**
                                    UNITED STATES MAGISTRATE JUDGE