1
2
3
4
5
6

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN RAY DYNES, | CASE NO. 1:08-cv-00136-GSA PC |
| Plaintiff, | ORDER DENYING MOTION FOR PERSONNEL RECORDS |
| v. | (Doc. 54) |
| C/O JUAN MEDINA, et al., | |
| Defendants. | |

_____/

On January 21, 2010, Plaintiff John Ray Dynes, a prisoner proceeding pro se and in forma pauperis in this civil rights action, filed a motion seeking the personnel records of Defendants Medina and Williams.

The discovery phase of this litigation closed on May 18, 2009, and discovery may not be sought directly from the Court in any event.

Plaintiff's motion is HEREBY DENIED.

IT IS SO ORDERED.

**Dated:   January 22, 2010**          _____/s/ **Gary S. Austin**_____
                                    UNITED STATES MAGISTRATE JUDGE

1