# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN RAY DYNES,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>C/O JUAN MEDINA, et al.,<br><br>　　　　　Defendants.<br>_____/ | CASE NO. 1:08-cv-00136-GSA PC<br><br>ORDER GRANTING REQUEST, AND RELIEVING DEFENDANTS OF OBLIGATION TO FILE PRETRIAL STATEMENT PENDING RESOLUTION OF ORDER TO SHOW CAUSE<br><br>(Doc. 58) |

On January 26, 2010, Defendants filed a motion seeking modification of the scheduling order to relieve them of their obligation to file their pretrial statement on or before February 4, 2010. Fed. R. Civ. P. 16(b)(4).

Good cause having been shown, Defendants are relieved of their obligation to file a pretrial statement pending resolution of the Court's order requiring Plaintiff to show cause why this action should not be dismissed.

IT IS SO ORDERED.

Dated:   **January 29, 2010**　　　　　　　　　　**/s/ Gary S. Austin**
　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1