# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

JOHN RAY DYNES,                            CASE NO. 1:08-cv-00136-GSA PC

                    Plaintiff,             ORDER STRIKING STATUS INQUIRY

        v.                                 (Doc. 66)

C/O JUAN MEDINA, et al.,

                    Defendants.
_____/

        On February 4, 2010, Plaintiff John Ray Dynes filed a motion seeking confirmation his

pretrial statement was received.  Status inquires are inappropriate and it shall be stricken from the

record. Further, Plaintiff's purported pretrial statement has been subject to two orders to show cause.

Plaintiff's focus needs to be on responding to the second order to show cause filed on February 1,

2010.

        Plaintiff's status inquiry is HEREBY ORDERED STRICKEN from the record.



    IT IS SO ORDERED.

**Dated:    February 5, 2010**            _____/s/ **Gary S. Austin**_____
                                          UNITED STATES MAGISTRATE JUDGE