# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN RAY DYNES, | CASE NO. 1:08-cv-00136-GSA PC |
|       Plaintiff, | AMENDED ORDER & WRIT OF HABEAS CORPUS AD TESTIFICANDUM TO TRANSPORT PLAINTIFF JOHN RAY DYNES, BK# 1221063, TO COURT |
|   v. | |
| JUAN MEDINA and DAVID WILLIAMS, | DATE:        APRIL 14, 2010<br>TIME:        8:00 A.M. |
|       Defendants. | COURTROOM:  10 (GSA) |

      Inmate John Ray Dynes, booking # 1221063, a necessary and material witness on his own behalf in proceedings in this case on April 14, 2010, is confined at the Fresno County Jail, 1225 M Street, Fresno, California in the custody of the Sheriff. In order to secure this inmate's attendance it is necessary that a Writ of Habeas Corpus ad Testificandum issue commanding the custodian to produce the inmate in Courtroom #10, 6th Floor, United States Courthouse, 2500 Tulare Street, Fresno, California on April 14, 2010, at 8:00 a.m.

**ACCORDINGLY, IT IS ORDERED that:**

      1. A Writ of Habeas Corpus ad Testificandum issue, under the seal of this court, commanding the Sheriff or her designee to produce the inmate named above, <u>along with his legal property necessary to prosecute this case</u>, to testify in United States District Court at the time and place above, and from day to day until completion of court proceedings or as ordered by the court; and thereafter to return the inmate to the above institution;

      2. The custodian is ordered to notify the court of any change in custody of this inmate and is ordered to provide the new custodian with a copy of this writ.

## WRIT OF HABEAS CORPUS AD TESTIFICANDUM

**To: The Sheriff of Fresno County or her designee**:

      **WE COMMAND** you to produce the inmate named above, <u>along with his legal property necessary to prosecute this case</u>, to testify before the United States District Court at the time and place above, and from day today until completion of the proceedings, or as ordered by the court; and thereafter to return the inmate to the above institution.

      **FURTHER**, you have been ordered to notify the court of any change in custody of the inmate and have been ordered to provide the new custodian with a copy of this writ.



      IT IS SO ORDERED.

Dated:   **February 17, 2010**                /s/ **Gary S. Austin**
                                                    UNITED STATES MAGISTRATE JUDGE