# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN RAY DYNES, | CASE NO. 1:08-cv-00136-GSA PC |
| Plaintiff, | ORDER STRIKING FILING |
| v. | (Doc. 84) |
| JUAN MEDINA and DAVID WILLIAMS, | ORDER DISREGARDING FILINGS |
| Defendants. | (Docs. 85-88) |

On February 23, 2010, Plaintiff filed five documents entitled motions. The filings are hereby resolved as follows.

Plaintiff's statement that he would like to settle out of court for $3,500.00 is STRICKEN from the record. (Doc. 84.) The Court has already twice addressed this issue. (Docs. 50, 77.)

Plaintiff's replies to Defendants' opposition to Plaintiff's response to the Court's order to show cause are DISREGARDED. (Docs. 85, 87, 88.) The Court has already issued an order discharging the order to show cause, and confirming this matter for trial on April 14, 2010. (Doc. 76.)

///
///
///
///
///

1

1  Plaintiff's motion for an order seeking the production of his central file and for jury trial in
2 this matter is DISREGARDED.  (Doc. 86.)  The Court has already addressed these issues.  (Docs.
3 76, 77.)

6  IT IS SO ORDERED.

7  Dated:   **February 23, 2010**          /s/ **Gary S. Austin**
                                          UNITED STATES MAGISTRATE JUDGE