1

2

3

4

5

6

7                          UNITED STATES DISTRICT COURT

8                          EASTERN DISTRICT OF CALIFORNIA

9

10   JOHN RAY DYNES,                    1:08-cv-00136-GSA-PC

11              Plaintiff,
                                        ORDER  DENYING  PLAINTIFF'S
12       v.                             REQUEST FOR CONTINUANCE OF
                                        TRIAL, WITH PREJUDICE
13   C/O JUAN MEDINA and
     C/O DAVID WILLIAMS,                (Doc. 100.)
14

15              Defendants.
     _____/
16

17       On March 4, 2010, Plaintiff John Ray Dynes filed a request for continuance of the trial in

18   this action from April 14, 2010 to May 15, 2011.  (Doc. 100.)  Plaintiff requests a continuance so

19   that he can "study up" on federal issues and court rules and seek assistance from an attorney.

20       Plaintiff claims that he  needs more time to prepare for trial.  However, it should be noted

21   that less than two weeks ago, Plaintiff accused Defendants of stalling for time when they

22   requested a continuance of the trial until May 10, 2010.  Now Plaintiff wants the trial continued

23   until next year.  This action has been pending for more than two years.  Plaintiff has had more

24   than adequate time to study the issues and rules and seek legal counsel.  Therefore, Plaintiff's

25   request is HEREBY DENIED.

26

27       IT IS SO ORDERED.

28   **Dated:    March 8, 2010**          _____
                                              **/s/ Gary S. Austin**
                                          UNITED STATES MAGISTRATE JUDGE