UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN RAY DYNES, | 1:08-cv-00136-GSA-PC |
| Plaintiff, | |
| v. | ORDER DISREGARDING PLAINTIFF'S MOTION FOR COURT TO RE-SERVE WRIT |
| C/O JUAN MEDINA and C/O DAVID WILLIAMS, | (Doc. 116.) |
| Defendants. | |

On March 22, 2010, Plaintiff John Ray Dynes filed a motion for the court to re-serve the writ of habeas corpus ad testificandum which orders the Sheriff to bring Plaintiff to trial. The court re-served the writ upon the Sheriff on March 18, 2010. (Doc. 110.) Therefore, Plaintiff's motion is HEREBY DISREGARDED as moot.

IT IS SO ORDERED.

Dated:   March 23, 2010                    /s/ Gary S. Austin
                                    UNITED STATES MAGISTRATE JUDGE