UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN RAY DYNES,<br><br>          Plaintiff,<br><br>   v.<br><br>C/O JUAN MEDINA and<br>C/O DAVID WILLIAMS,<br><br>          Defendants.<br>_____/ | 1:08-cv-00136-GSA-PC<br><br>ORDER DISREGARDING PLAINTIFF'S MOTION<br><br>(Doc. 120.) |

      This is a civil rights action filed pursuant to 42 U.S.C. § 1983 by Plaintiff John Ray Dynes, a prisoner proceeding pro se and in forma pauperis. On March 24, 2010, Plaintiff filed a motion in which he objects to the instruction in the court's pretrial order requiring him to submit five copies of his trial exhibits to the courtroom deputy by March 31, 2010. (Doc. 120.) This matter was resolved by the court's order of March 22, 2010. (Doc. 114.) Therefore, Plaintiff's motion filed March 24, 2010, is HEREBY DISREGARDED as moot.

     IT IS SO ORDERED.

     **Dated: March 26, 2010**          /s/ **Gary S. Austin**
                                                    UNITED STATES MAGISTRATE JUDGE