# FILED

## JUDGMENT ENTERED

*4/15/2009*
(date)

by */s/ Carrie Esteves*

Deputy Clerk

**U.S. District Court**
**Eastern District of California**

✔  **FILE CLOSED**

*UNITED STATES DISTRICT COURT*

*EASTERN DISTRICT OF CALIFORNIA*

JOHN RAY DYNES,

        Plaintiff,

vs.

C/O JUAN MEDINA and
C/O DAVID WILLIAMS,

        Defendants.

_____/

**JUDGMENT IN A CIVIL ACTION**

1:08-cv-00136 GSA (PC)

        JURY VERDICT:  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

        IT IS HEREBY ORDERED AND ADJUDGED that JUDGMENT BE ENTERED IN FAVOR OF DEFENDANTS AND AGAINST PLAINTIFF.

DATED: ___April 15, 2010___

                    Victoria Minor, Clerk


             By:___/s/ Carrie Esteves___
                Deputy Clerk