UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN RAY DYNES, | 1:08-cv-00136-GSA-PC |
| Plaintiff, | |
| v. | ORDER RESOLVING PLAINTIFF'S MOTION INQUIRING ABOUT NOTICES OF APPEAL |
| C/O JUAN MEDINA and C/O DAVID WILLIAMS, | (Doc. 140.) |
| Defendants. | |

This is a civil rights action filed pursuant to 42 U.S.C. § 1983 by Plaintiff John Ray Dynes, a prisoner proceeding pro se and in forma pauperis. Plaintiff filed the complaint commencing this action on January 28, 2008. (Doc. 1.) The case proceeded to jury trial on April 14, 2010, and judgment for defendants was entered on April 15, 2010. (Doc. 127.) Plaintiff filed notices of appeal to the Ninth Circuit Court of Appeals on April 19, 2010 and April 28, 2010. (Docs. 131, 137.)

On April 29, 2010, Plaintiff filed a self-titled motion in which he inquired why his notices of appeal were not filed and processed by the district court. The district court filed notices of appeal for Plaintiff on April 19, 2010 and April 28, 2010. (Docs. 131, 137.) The appeals were processed and forwarded to the Ninth Circuit Court of Appeals on April 22, 2010 and April 29, 2010, respectively. (Docs. 132, 138.)

1  Plaintiff is advised that further inquiry about his appeals should be directed to the Ninth
2  Circuit. The district court lacks jurisdiction over this action now that judgment has been entered
3  and Plaintiff has appealed the district court's decisions.

5  IT IS SO ORDERED.

6  Dated:   **May 4, 2010**          /s/ **Gary S. Austin**
                                    UNITED STATES MAGISTRATE JUDGE