UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN RAY DYNES, | 1:08-cv-00136-GSA-PC |
| Plaintiff, | |
| v. | ORDER RE PLAINTIFF'S MOTION FOR COPY OF TRIAL TRANSCRIPT |
| C/O JUAN MEDINA and C/O DAVID WILLIAMS, | (Doc. 141.) |
| Defendants. | |

This is a civil rights action filed pursuant to 42 U.S.C. § 1983 by Plaintiff John Ray Dynes, a prisoner proceeding pro se and in forma pauperis. Plaintiff filed the complaint commencing this action on January 28, 2008. (Doc. 1.) The case proceeded to jury trial on April 14, 2010, and judgment for defendants was entered on April 15, 2010. (Doc. 127.) Plaintiff filed notices of appeal to the Ninth Circuit Court of Appeals on April 19, 2010 and April 28, 2010. (Docs. 131, 137.)

On April 29, 2010, Plaintiff filed a motion for a copy of his trial transcript. (Doc. 141.) Plaintiff is advised that he must file a Transcript Designation and Ordering Form with the Clerk's Office to order transcripts of his jury trial. On April 26, 2010, the Clerk's Office sent Plaintiff the required form for completion and return to the court. By this order, Plaintiff's motion for a copy of his transcript, filed April 29, 2010, is resolved.

IT IS SO ORDERED.

Dated:   **May 4, 2010**        /s/ **Gary S. Austin**
                                UNITED STATES MAGISTRATE JUDGE