1
2
3
4
5
6
7

8                    UNITED STATES DISTRICT COURT

9                   EASTERN DISTRICT OF CALIFORNIA

10

11  JOHN RAY DYNES,                    1:08-cv-00136-GSA-PC

12                                     ORDER GRANTING PLAINTIFF'S MOTION TO
                    Plaintiff,         DISMISS APPEAL
13                                     (Doc. 145.)

        v.
14                                     ORDER DISMISSING APPEAL FILED ON APRIL
    C/O JUAN MEDINA and                28, 2010 AS DUPLICATIVE
15  C/O DAVID WILLIAMS,                (Doc. 137.)

16                                     ORDER FOR CLERK TO SERVE COPY OF THIS
                    Defendants.        ORDER ON THE NINTH CIRCUIT
17

18  _____/

19          John Ray Dynes ("Plaintiff") is a prisoner proceeding pro se and in forma pauperis with

20  this civil rights action pursuant to 42 U.S.C. § 1983.  Plaintiff filed the complaint commencing

21  this action on January 28, 2008.  (Doc. 1.)  The case proceeded to jury trial on April 14, 2010,

22  and judgment for defendants was entered on April 15, 2010.  (Doc. 127.)  Plaintiff filed two

23  notices of appeal to the Ninth Circuit Court of Appeals, one on April 19, 2010, and one on April

24  28, 2010.  (Docs. 131, 137.)  On May 6, 2010, Plaintiff filed a motion to dismiss the appeal he

25  filed on April 28, 2010.  (Doc. 145.)

26          Plaintiff indicates that he filed the April 28, 2010 appeal in error, and the April 28, 2010

27  appeal is duplicative of the appeal he filed on April 19, 2010.  For these reasons, and good cause

28  appearing, IT IS HEREBY ORDERED that:

            1.      Plaintiff's motion to dismiss the appeal he filed on April 28, 2010 is GRANTED;

2.      Plaintiff's appeal filed on April 28, 2010, is DISMISSED as duplicative of the appeal filed by Plaintiff on April 19, 2010; and

3.      The Clerk is DIRECTED to serve a copy of this order on the Ninth Circuit Court of Appeals.


IT IS SO ORDERED.

**Dated:**    **May 10, 2010**            _____/s/ **Gary S. Austin**_____
                                               UNITED STATES MAGISTRATE JUDGE