UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN RAY DYNES, | 1:08-cv-00136-GSA-PC |
| Plaintiff, | |
| v. | ORDER RE PLAINTIFF'S REQUEST FOR TRIAL TRANSCRIPTS |
| C/O JUAN MEDINA and C/O DAVID WILLIAMS, | (Doc. 150.) |
| Defendants. | |

This is a civil rights action filed pursuant to 42 U.S.C. § 1983 by Plaintiff John Ray Dynes, a prisoner proceeding pro se and in forma pauperis. Plaintiff filed the complaint commencing this action on January 28, 2008. (Doc. 1.) The case proceeded to jury trial on April 14, 2010, and judgment for defendants was entered on April 15, 2010. (Doc. 127.) Plaintiff filed notices of appeal to the Ninth Circuit Court of Appeals on April 19, 2010 and April 28, 2010. (Docs. 131, 137.)

On May 17, 2010, Plaintiff filed a request for trial transcripts. (Doc. 150.) Plaintiff explains that he has submitted the appropriate application to the Clerk's Office. Plaintiff is advised that the Clerk shall process Plaintiff's application and respond in due time.

IT IS SO ORDERED.

Dated: **May 20, 2010**     /s/ **Gary S. Austin**
                            UNITED STATES MAGISTRATE JUDGE