UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN RAY DYNES, | 1:08-cv-00136-GSA-PC |
| Plaintiff, | ORDER RE PLAINTIFF'S REQUESTS FOR TRIAL TRANSCRIPTS |
| v. | (Docs. 152, 153.) |
| C/O JUAN MEDINA and C/O DAVID WILLIAMS, | |
| Defendants. | |

Plaintiff filed two motions, on May 28, 2010 and June 7, 2010, requesting a response to the Transcript Designation Ordering form he submitted to the Clerk's Office requesting copies of his trial transcripts. (Docs. 152, 153.) The court already addressed this matter by an order issued on May 21, 2010. (Doc. 151.) Plaintiff is again advised that if he has submitted the appropriate application to the Clerk's Office, he will receive a response in due time. No further motions regarding this matter shall be considered during the next sixty days.

IT IS SO ORDERED.

Dated:   June 9, 2010            /s/ Gary S. Austin
                                 UNITED STATES MAGISTRATE JUDGE